# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

May 16, 2023

Application GRANTED. The Initial Pretrial Conference scheduled for June 6, 2023 is adjourned until June 29, 2023 at 2:00 p.m. SO ORDERED.
Dated: May 17, 2023

**VIA ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:  Toro v. AWIP, LLC, Case No.1:23-cv-02985-JHR-SDA**

Judge Aaron:

We represent defendant AWIP, LLC ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices, we write jointly with counsel for Plaintiff Andrew Toro, respectfully to request that the Court adjourn the initial conference scheduled for June 6, 2023 to a date and time after Defendant's response to the Complaint is due, i.e., after June 13, 2023, that is convenient to the Court. This is the parties' first request to adjourn the initial conference. In support of this request, counsel for the parties state that the parties are engaged in discussions about a potential early resolution of this action. If granted, this adjournment will permit the parties to focus on those efforts, rather than on pleadings and litigation.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060         T +1.212.309.6000
United States                              F +1.212.309.6001